Hannah Labaree (SBN 294338)
hlabaree@proton.me
1521 Shattuck Ave., #9063
Berkeley, CA 94709
Tel: (916)287-3375

*Attorney for Defendant*
MAXIMINO SOLORIO SANCHEZ

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

### SAN JOSE DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA**, <br><br> Plaintiff, <br><br> v. <br><br> **MAXIMINO SOLORIO SANCHEZ,** <br><br> Defendant. | Case No. CR-24-019-PCP-01 <br><br> **STIPULATION AND [PROPOSED] ORDER AMENDING CONDITIONS OF RELEASE** <br><br> Judge: Hon. P. Casey Pitts |

Defendant, Maximino Solorio Sanchez ("Mr. Solorio"), through his counsel, Hannah Labaree, and the government, through Assistant U.S. Attorney Amani S. Floyd ("Ms. Floyd"), STIPULATE and AGREE that the Court should amend Mr. Solorio Sanchez' conditions of release to permit Mr. Solorio to travel throughout the Northern District of California without prior authorization from Pretrial Services.

On June 5, 2024, the Court ordered Mr. Solorio's conditioned release. *See* ECF No. 145.[1]
One of the conditions of his release is that Mr. Solorio may not travel outside Santa Clara County without the Court's permission.

The parties now stipulate that these conditions should be amended to permit Mr. Solorio to travel throughout the Northern District of California. The location monitoring condition will

---

[1] On May 5, 2025, pursuant to the parties' stipulation, the Court modified Mr. Solorio's conditions of release to remove his curfew, leaving all other conditions in effect. ECF No. 372.

1

1  remain in place.

2       Mr. Solorio Sanchez is in compliance with all of his conditions of release. Pretrial Services
3  and AUSA Floyd do not oppose this request.

4       IT IS SO STIPULATED.

6  DATED: December 10, 2025     Respectfully submitted,

7         /s/ Hannah R. Labaree
       HANNAH LABAREE
8         *Attorney for Defendant Maximino Solorio Sanchez*

10        */s/ Amani S. Floyd*
       AMANI S. FLOYD
11        *Assistant United States Attorney*

|     |     |
| --- | --- |
| 1   | <div align="center">FILER'S ATTESTATION</div> |
| 2   | The undersigned filer attests that, pursuant to Civil L.R. 5-1(i)(3), concurrence in the |
| 3   | filing of the document has been obtained from the other signatories to this document. |
| 4   |     |
| 5   |     |
| 6   |                                /s/ Hannah Labaree<br>                               HANNAH LABAREE |

**[PROPOSED] ORDER**

This matter having come before the Court upon the stipulation of the parties and the Court being advised,

IT IS ORDERED that Defendant Maximino Solorio Sanchez' Conditions of Pretrial Release be amended such that he be permitted to travel throughout the Northern District of California.

Date: December 11, 2025

*Virginia K. DeMarchi*
HON. VIRGINIA K. DEMARCHI
UNITED STATES MAGISTRATE JUDGE